## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

IN RE: Adam J. Schiaffo | CHAPTER 13

BKY. NO. 15-17316 REF

<u>Debtor</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322