**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ADAM SCHIAFFO | : | Case No. 15-17316-REF |
| | : | |
| Debtor | : | CHAPTER 13 |

## PRAECIPE

TO THE CLERK:

Kindly withdraw the from the docket entry # 45 "Objection to Certification of Defualt".

DATE: *December 17, 2018*       BY:   */s/ Lynn E. Feldman, Esquire*
                                       Lynn E. Feldman, Esquire
                                       Chapter 7 Trustee
                                       PA  I.D. No. 35996
                                       221 N. Cedar Crest Blvd.
                                       Allentown, PA  18104
                                       (610) 530-9285