*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Adam J Schiaffo
    Debtor(s)

Case No: 15–17316–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC Bank, National Association Filed by Adam J Schiaffo

    on: 1/3/19

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  12/18/18

Timothy B. McGrath
Clerk of Court

48 – 47
Form 167