United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Adam J Schiaffo  
Adam J Schiaffo  
    Debtors

Case No. 15-17316-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Dec 18, 2018  
                      Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.  
db         +Adam J Schiaffo,    MAILING ADDRESS,    P. O. Box 9050,    Allentown, PA 18105-9050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 02:37:46      Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605  
                                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:  
            KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
            LYNN E. FELDMAN    on behalf of Debtor Adam J Schiaffo feldmanfiling@rcn.com  
            NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association nlabletta@pincuslaw.com, vbarber@pincuslaw.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Adam J Schiaffo
    Debtor(s)

Case No: 15–17316–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC Bank, National Association Filed by Adam J Schiaffo

on: 1/3/19

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  12/18/18

Timothy B. McGrath
Clerk of Court

48 – 47
Form 167