## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adam J. Schiaffo<br>　　　　　　　Debtor<br><br>PNC MORTGAGE, A DIVISION OF PNC BANK<br>　　　　　　　Movant<br>　　vs.<br><br>Adam J. Schiaffo<br>　　　　　　　Debtor<br><br>Scott Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-17316 REF<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Certification of Default of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about December 13, 2018 (Document No. 44).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

February 11, 2019