## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Adam J. Schiaffo
                Debtor

PNC BANK, NATIONAL ASSOCIATION
        v.
Adam J. Schiaffo
        and
William C. Miller Esq.
           Trustee

Chapter 13

NO. 15-17316 REF

### ORDER

AND NOW, this 12th day of August, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 19, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1340 South Fountain Street Allentown, PA 18103.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Adam J. Schiaffo
PO Box 9050
Allentown, PA 18105

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532