United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17316-amc
Adam J Schiaffo                                                           Chapter 13
Adam J Schiaffo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 1        Date Rcvd: Aug 12, 2019
                            Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db          +Adam J Schiaffo,    621 Chestnut Street,    Emmaus, PA 18049-2248
db          +Adam J Schiaffo,    MAILING ADDRESS,    P. O. Box 9050,    Allentown, PA 18105-9050
            +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/Text: bncnotice@ph13trustee.com Aug 13 2019 03:43:07    William C. Miller, Esquire,
              PO BOX 1229,    Philadelphia, PA 19105-1229
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    on behalf of Debtor Adam J Schiaffo feldmanfiling@rcn.com
          NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
           nlabletta@pincuslaw.com,    brausch@pincuslaw.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Adam J. Schiaffo<br>　　　　　　Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION<br>　　　　　v.<br>Adam J. Schiaffo<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 15-17316 REF |

## ORDER

AND NOW, this  12th  day of  August , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 19, 2017   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1340 South Fountain Street Allentown, PA 18103.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Adam J. Schiaffo
PO Box 9050
Allentown, PA 18105

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532