UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ADAM J SCHIAFFO : CHAPTER 13

Debtor : BANKRUPTCY NO. 15-17316AMC

ORDER

AND NOW, upon consideration of Debtor's Motion to Vacate Order for Relief of August 12, 2019 and Reinstate Bankruptcy Stay, it is HEREBY ORDERED and DECREED that the Order of August 12, 2019 granting Relief from Stay to PNC Bank is vacated and the automatic stay is reinstated.

BY THE COURT:

9/19/19

_____
Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE