United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-17316-amc
Adam J Schiaffo                                                 Chapter 13
Adam J Schiaffo
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Antoinett           Page 1 of 1            Date Rcvd: Sep 20, 2019
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
```
db             +Adam J Schiaffo,    621 Chestnut Street,    Emmaus, PA 18049-2248
db             +Adam J Schiaffo,    MAILING ADDRESS,    P. O. Box 9050,    Allentown, PA 18105-9050
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Adam J Schiaffo feldmanfiling@rcn.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ADAM J SCHIAFFO      :      CHAPTER 13
                            :
        Debtor              :      BANKRUPTCY NO. 15-17316AMC
                            :

### ORDER

AND NOW, upon consideration of Debtor's Motion to Vacate Order for Relief of August 12, 2019 and Reinstate Bankruptcy Stay, it is HEREBY ORDERED and DECREED that the Order of August 12, 2019 granting Relief from Stay to PNC Bank is vacated and the automatic stay is reinstated.

BY THE COURT:

9/12/19

_____
Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE