**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ADAM J. SCHIAFFO | : | Bankruptcy No. 15-17316-AMC |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |

## PRAECIPE

**TO THE CLERK OF THE BANKRUPTCY COURT**:

Kindly change the Debtor's mailing address to the following:

                              Adam J. Schiaffo
                              621 Chestnut Street
                              Emmaus, PA 18049


Date: __October 9, 2019__                 By: _/s/ Lynn E. Feldman, Esquire_
                                                                 Lynn E. Feldman, Esquire
                                                                 Attorney for Debtor
                                                                 Attorney ID No.35996
                                                               221 N. Cedar Crest Blvd.
                                                                Allentown, PA 18104
                                                                Phone: (610) 530-9285