**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ADAM SCHIAFFO : 15-17316 AMC
  :
  Debtor : Chapter 13

## ORDER

AND NOW, upon consideration of Debtor's Second Motion to Modify the Confirmed Chapter 13 Plan After Confirmation, the following is so ORDERED:

The Plan payments are modified to include the legal fees associated with the post November 15, 2017 default, as stated in the Second Post Confirmation Modified Plan.

*BY THE COURT:*

Date: November 14, 2019

_____
Ashely M. Chan
United States Bankruptcy Judge