United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Adam J Schiaffo  
     Debtor

Case No. 15-17316-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Nov 14, 2019  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.  
db        +Adam J Schiaffo,   621 Chestnut Street,   Emmaus, PA 18049-2248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD   on behalf of Creditor   PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        LYNN E. FELDMAN   on behalf of Debtor Adam J Schiaffo feldmanfiling@rcn.com  
        NICOLE B. LABLETTA   on behalf of Creditor   PNC Bank, National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ADAM SCHIAFFO | : | 15-17316 AMC |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER

AND NOW, upon consideration of Debtor's Second Motion to Modify the Confirmed Chapter 13 Plan After Confirmation, the following is so ORDERED:

The Plan payments are modified to include the legal fees associated with the post November 15, 2017 default, as stated in the Second Post Confirmation Modified Plan.

*BY THE COURT:*

**Date: November 14, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge