United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 15-17316-amc
Adam J Schiaffo                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 1              Date Rcvd: Jan 06, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.
db             +Adam J Schiaffo,    621 Chestnut Street,    Emmaus, PA 18049-2248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
         ASSOCIATION bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        LYNN E. FELDMAN    on behalf of Debtor Adam J Schiaffo feldmanfiling@rcn.com
        NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
         nlabletta@pincuslaw.com,    brausch@pincuslaw.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ADAM J SCHAIFFO  :
: 15-17316- AMC
:
Debtor : Chapter 13
:

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Post Confirmation Application for Compensation of attorney for the Debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

   $   1,600.00   for attorney's fees
   $      0.00   for expenses
   $   1,600.00   TOTAL for fees AND expenses
   LESS $      0.00   credit for funds already received; equals
   $   1,600.00   BALANCE DUE

ENTERED: __January 6, 2020__  _____
                                                                                                      J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtors