| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-17316-PMM**

ADAM J SCHIAFFO
621 CHESTNUT STREET
EMMAUS  PA    18049-8049

Petition Filed Date: 10/09/2015
341 Hearing Date: 01/12/2016
Confirmation Date: 04/28/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $500.00 | 17871039439 | 01/10/2019 | $114.00 | 17871039440 | 01/10/2019 | $500.00 | 17871039438 |
| 02/13/2019 | $500.00 | 17890815363 | 02/13/2019 | $500.00 | 17890815364 | 02/13/2019 | $114.00 | 17890815365 |
| 03/20/2019 | $114.00 | 17902467474 | 03/20/2019 | $500.00 | 17902467473 | 03/20/2019 | $500.00 | 17902467472 |
| 04/16/2019 | $114.00 | 17902468552 | 04/16/2019 | $500.00 | 17902468550 | 04/16/2019 | $500.00 | 17902468551 |
| 05/13/2019 | $114.00 | 17966083290 | 05/13/2019 | $500.00 | 17966083288 | 05/13/2019 | $500.00 | 17966083289 |
| 06/13/2019 | $500.00 | 17966082572 | 06/13/2019 | $500.00 | 17966082571 | 06/13/2019 | $114.00 | 17966082573 |
| 07/09/2019 | $500.00 | 17990025783 | 07/09/2019 | $500.00 | 17990025784 | 07/09/2019 | $114.00 | 17990025785 |
| 08/13/2019 | $116.00 | 17670768309 | 08/13/2019 | $500.00 | 17670768308 | 08/13/2019 | $500.00 | 17670768307 |
| 12/05/2019 | $1,319.00 | | 01/02/2020 | $1,319.00 | | 01/28/2020 | $1,324.99 | |
| 02/27/2020 | $1,330.98 | | 04/03/2020 | $1,336.97 | | 05/04/2020 | $1,342.96 | |
| 06/11/2020 | $1,348.95 | | 07/02/2020 | $1,348.95 | | 07/31/2020 | $1,354.94 | |

**Total Receipts for the Period:  $20,940.74    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $56,048.74**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | DEPARTMENT STORES NATIONAL BANK<br>»» 006 | Unsecured Creditors | $500.84 | $0.00 | $500.84 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,547.20 | $0.00 | $1,547.20 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,396.65 | $0.00 | $2,396.65 |
| 5 | ECAST SETTLEMENT CORPORATION<br>»» 005 | Unsecured Creditors | $3,475.23 | $0.00 | $3,475.23 |
| 3 | STERLING JEWELERS INC DBA KAY JEWELERS<br>»» 003 | Secured Creditors | $187.58 | $172.23 | $15.35 |
| 2 | PNC BANK NA<br>»» 002 | Mortgage Arrears | $40,912.57 | $37,565.14 | $3,347.43 |
| 2 | PNC BANK NA<br>»» 02P | Mortgage Arrears | $10,376.12 | $8,976.29 | $1,399.83 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $505.00 | $0.00 | $505.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,136.70 | $0.00 | $2,136.70 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $6,802.91 | $0.00 | $6,802.91 |
| 10 | LYNN E FELDMAN ESQ<br>»» 010 | Attorney Fees | $1,640.00 | $1,640.00 | $0.00 |

**Chapter 13 Case No. 15-17316-PMM**

| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $56,048.74 | Current Monthly Payment: | $1,319.00 |
| Paid to Claims: | $49,953.66 | Arrearages: | $1,163.26 |
| Paid to Trustee: | $4,875.62 | Total Plan Base: | $59,850.00 |
| Funds on Hand: | $1,219.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.