B 283 (Form 283J(04i l0)

# UNITED STATES BANKRUPTCY COURT

In re:  ADAM J SCHAIFFO _____     Case No.  15-17316-AMC
                    Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

O  I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My   current address : _____

My current employer and my employer's address: _____ __

_____

*Part Ill.  Cert(/ication Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (I) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p}(I), and (2) that exceeds $146,450* in value in the aggregate.

O  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence. claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(I). and (2) that exceeds $146,450* in value in the aggregate.

*Part JV.  Debtor 's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  11/18/2020 __        *Adam J. Schaiffo* _____
                 Date                          Debtor

*•-111101111/s art' .<11h1at l nad111;r1111e111 011./i/113 and el'ety J years lhcreaf/er 11-11't respecl 10 cases commenced" " or after the date of adjustmenl.*