United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Adam J Schiaffo  
    Debtor

Case No. 15-17316-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 08, 2021      Form ID: 138NEW      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adam J Schiaffo, 621 Chestnut Street, Emmaus, PA 18049-2248 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13620457 | + | PNC Bank, National Association, Udren Law Offices, P.C., 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| 14188762 | + | PNC Mortgage, A Division of PNC, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13612073 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Rd Ste 200, Cherry Hill, NJ 08003-3620 |
| 13612074 | | Wells Fargo Bank, PO Box 31557, Billings, MT 59107-1557 |
| 13704957 | + | Wells Fargo Bank, NA, Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13657088 | | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2021 03:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 09 2021 03:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13612064 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 09 2021 03:25:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 13612065 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 03:05:27 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 13635930 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 03:03:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13612066 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 03:05:40 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 13612067 | | Email/Text: mrdiscen@discover.com | Mar 09 2021 03:25:00 | Discover, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 13612070 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 03:05:40 | Macys, 9111 Duke Blvd, Mason, OH 45040-8218 |
| 13697777 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 09 2021 03:04:01 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 13618871 | | Email/Text: mrdiscen@discover.com | Mar 09 2021 03:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13612068 | | Email/Text: bankruptcynotices@dcicollect.com | Mar 09 2021 03:25:00 | Diversified Consultants Inc, PO Box 551268, Jacksonville, FL 32255-1268 |
| 13612069 | + | Email/Text: BKRMailOPS@weltman.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 138NEW | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 09 2021 03:25:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13612071 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 03:25:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13622493 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 03:25:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13707818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2021 03:06:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13614837 | | Email/PDF: rmscedi@recoverycorp.com | Mar 09 2021 03:05:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13629411 | + | Email/Text: ecf@buckleyking.com | Mar 09 2021 03:25:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 13614930 | | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 03:03:58 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13612072 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 03:05:40 | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 10, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |

LYNN E. FELDMAN
    on behalf of Debtor Adam J Schiaffo feldmanfiling@rcn.com

NICOLE B. LABLETTA
    on behalf of Creditor PNC Bank  National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Adam J Schiaffo
        Debtor(s)                           Bankruptcy No: 15−17316−pmm
                                            Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                             Timothy B. McGrath
                                                                Clerk of Court

Dated: 3/8/21

                                                                                       79 − 78
                                                                                 Form 138_new